UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-250-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | O R D E R |
| | ) | |
| SEAN RYAN MCGOVERN | ) | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to SEAN RYAN MCGOVERN, be changed to reflect the proper identification of the defendant as SEAN NICHOLAS MCGOVERN.

SO ORDERED. This  1  day of August 2010.

JAMES C. DEVER III
United States District Judge