THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-250-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **ORDER ALLOWING SENTENCING MEMORANDUM AND ACCOMPANYING EXHIBITS TO BE FILED UNDER SEAL** |
| SEAN NICHOLAS McGOVERN, ) | |
| Defendant ) | |

THIS matter coming to be heard upon Motion of Defendant, and this Court finding good cause for granting the relief requested--

THEREFORE it is Ordered that the Defendant's Sentencing Memorandum and accompanying exhibits are hereby allowed to be filed under seal until such time as they are ordered unsealed by this Court.

The clerk is authorized to serve a copy of these documents upon counsel for the Government and Defendant.

This the _11_ day of May, 2011.

Honorable James C. Dever III
United States District Judge